IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANE CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>JERRY BROWN, et al.,<br><br>    Defendant.<br>_____/ | Case No. 1:11-cv-382-MJS (PC)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE AND DIRECTING PLAINTIFF TO COMPLETE ATTACHED FORM NO LATER THAN **JUNE 1, 2011** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff submitted an application to proceed in forma pauperis on an incorrect form. (ECF No. 2.) Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Proceed in forma pauperis is DENIED without prejudice to Plaintiff completing and returning the correct form;

2. **Not later than June 1, 2011,** Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, **and** submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, **or in the alternative**, pay the $350.00 filing fee for this action.

3. **Failure to comply with this order will result in a recommendation that this action be dismissed**; and

///

///

1    4.    **No requests for extension will be granted.**

IT IS SO ORDERED.

Dated:    April 18, 2011                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE