# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANE CAMPBELL,<br>　　　　　　Plaintiff,<br>　　v.<br>JERRY BROWN, et al.,<br>　　　　　　Defendants.<br>_____/ | CASE NO.   1:11-cv-0382-MJS (PC)<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER<br><br>RESPONSE DUE BY AUGUST 29, 2011 |

Plaintiff Kane Campbell ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to jurisdiction by a Magistrate Judge. (Consent, ECF No. 6.) On April 18, 2011, the Court issued an Order denying Plaintiff's application to proceed in forma pauperis due to Plaintiff's use of an incorrect form. (ECF No. 5.) Plaintiff was ordered to file the correct application to proceed in forma pauperis or pay the $350.00 filing fee by June 1, 2011. (Id.) This deadline has passed, and Plaintiff has failed to respond to the Court's Order.

Accordingly, Plaintiff is ORDERED to file the attached application to proceed in forma pauperis, completed and signed, **and** submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the Complaint, **or in the alternative**, pay the $350.00 filing fee for this action by August 29, 2011.

**Failure to comply with this Order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   July 26, 2011　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE